AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>APRIL NICOLE BELL<br>*Defendant* | )<br>) CO Case #12-mj-1121<br>) Case No. 2:12-cr-88<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* APRIL NICOLE BELL,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

conspiracy to produce child pornography (18 U.S.C. 2251(a)(1) and (e)); knowingly employ, use, persuade, entice and coerce minor to engage in sexually explicit conduct for the purpose of producing child pornography (18 U.S.C. 2251(a)); knowingly and willfully conspire to transport, distribute and receive child pornography (18 U.S.C. 2252(a)(1),(2) and (b)(1)); knowingly transport and distribute child pornography (18 U.S.C. 2252A(a)(1) and (2)); as more fully set out in the attached indictment.

Date: 9-11-12

_____
*Issuing officer's signature*

City and state: Greeneville, Tennessee

DEBRA C. POPLIN, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* 9-13-12, and the person was arrested on *(date)* 9-17-12
at *(city and state)* COLORADO SPRINGS, CO

Date: 09-17-12

_____
*Arresting officer's signature*

KENNETH HANTITHUK / US POSTAL INSPECTOR
*Printed name and title*

COPY

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| United States of America | ) |
|---|---|
| v. | ) |
|   | ) Case No. 2:12-cr-**88** |
| PATRICK MULLANE MAXFIELD | ) |
| Defendant | ) CO Cse #12 mj-1121-2 |

U.S. MARSHALS E/TN GREENEVILLE  RECEIVED

## ARREST WARRANT

To:   Any authorized law enforcement officer

    **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   PATRICK MULLANE MAXFIELD
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

conspiracy to produce child pornography (18 U.S.C. 2251(a)(1) and (e)); knowingly and willfully conspire to transport, distribute and receive child pornography (18 U.S.C. 2252(a)(1),(2) and (b)(1)); and, knowingly receive child pornography (18 U.S.C. 2252A(a)(1) & (2)); as more fully set out in the attached indictment.

Date:  9-11-12

*Issuing officer's signature*

City and state:  Greeneville, Tennessee

DEBRA C. POPLIN, CLERK
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* SEPT 13, 2012
at *(city and state)* Colorado Springs, CO

Date:  9/13/2012

*Arresting officer's signature*

GREG M YONES  POSTAL INSPECTOR
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:12-cr-_88_ |
| ) | Judge Greer |
| APRIL NICOLE BELL and ) | |
| PATRICK MULLANE MAXFIELD | |

## INDICTMENT

### Introduction

At times material to this indictment:

1. Defendant APRIL NICOLE BELL operated personal computers and telephones from her residence located at 394 Butler Road, Apartment B, Mountain City, Johnson County, Tennessee, with access to the internet.

2. Defendant PATRICK MULLANE MAXFIELD operated personal computers and telephones from his residence located at 1120 Modell Drive, Colorado Springs, El Paso County, Colorado, with access to the internet.

3. The internet is a means of interstate commerce.

The Grand Jury charges that:

### COUNT ONE
(Conspiracy to produce child pornography)

1. Paragraphs 1 through 3 from the preceding introductory paragraph are re-alleged and incorporated as fully set forth herein.

*Object of the Conspiracy*

2. From on or about August 1, 2009 to on or about February 7, 2011, in the Eastern District of Tennessee and elsewhere, defendants APRIL NICOLE BELL and PATRICK MULLANE

MAXFIELD knowingly and willfully conspired and agreed with each other to knowingly employ, use, persuade, entice, and coerce any minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction using any means and facility of interstate and foreign commerce and the visual depiction was transported using any means and facility of interstate and foreign commerce, in violation of 18 U.S.C. § 2251(a) and (e).

*Manner and Means of the Conspiracy*

3. From on or about August 1, 2009 through October 31, 2009, defendant APRIL NICOLE BELL photographed a minor engaged in sexually explicit conduct in Mountain City, Tennessee within the Eastern District of Tennessee.

4. APRIL NICOLE BELL downloaded the images of a minor engaged in sexually explicit conduct to her personal computer located at her residence in Mountain City, Tennessee.

5. From on or about August 1, 2009 to on or about February 7, 2011, defendant PATRICK MULLANE MAXFIELD operated a personal computer located at his residence in Colorado Springs, Colorado and accessed the internet, a means of interstate commerce. MAXFIELD remotely accessed the images of a minor engaged in sexually explicit conduct stored on the personal computer of APRIL NICOLE BELL, using information that BELL provided to MAXFIELD. MAXFIELD caused the images of a minor engaged in sexually explicit conduct to be transported, shipped, and received to his personal computer in Colorado Springs, Colorado, where he stored them on the hard drive of his personal computer.

*Overt Acts*

6. In furtherance of the conspiracy and to accomplish the objects of the conspiracy, defendants APRIL NICOLE BELL and PATRICK MULLANE MAXFIELD committed various overt acts within the Eastern District of Tennessee and elsewhere, including but not limited to the following:

   a. From on or about August 1, 2009 to on or about October 31, 2009, defendant APRIL NICOLE BELL staged seven photographs of a minor under the age of six, engaged in the lascivious exhibition of the genitals or pubic areas.

   b. From on or about August 1, 2009 to on or about October 31, 2009, defendant APRIL NICOLE BELL made seven digital images of a minor under the age of six engaged in the lascivious exhibition of the genital or pubic areas and downloaded those images to a personal computer located at 394 Butler Road, Apartment B, in Mountain City, Johnson County, Tennessee.

   c. Defendant APRIL NICOLE BELL transmitted the seven digital images of a minor under the age of six engaged in the lascivious exhibition of the genital or pubic areas from a personal computer located at 394 Butler Road, Apartment B, in Mountain City, Johnson County, Tennessee to defendant PATRICK MULLANE MAXFIELD via the internet to a personal computer located at 1120 Modell Road, Colorado Springs, Colorado.

   d. On or about October 23, 2009, at the direction of defendant PATRICK MULLANE MAXFIELD, defendant APRIL NICOLE BELL agreed in writing to transport a minor under the age of six from the Eastern District of Tennessee to Colorado Springs, Colorado for the purpose of engaging the minor in sexually explicit conduct with defendant PATRICK MULLANE

MAXFIELD. The minor which was the subject of the written agreement is the same minor who is depicted in the seven images set forth in preceding subparagraph a.

e. On or about April 3, 2010 and February 1, 2011, defendant PATRICK MULLANE MAXFIELD used his personal computer at 1120 Modell Road in Colorado Springs, Colorado and the internet to remotely access the personal computer of APRIL NICOLE BELL located at 394 Butler Road, Apartment B, in Mountain City, Tennessee, and to transport and receive seven images of a minor engaged in sexually explicit conduct.

f. On or about April 3, 2010 and February 1, 2011, defendant PATRICK MULLANE MAXFIELD saved and accessed seven digital images of a minor engaged in sexually explicit conduct to the hard drive of his personal computer located at 1120 Modell Road in Colorado Springs, Colorado.

g. From on or about August 1, 2009 through on or about February 7, 2011, defendant PATRICK MULLANE MAXFIELD provided gifts to the minor who was depicted in sexually explicit conduct via the United States mails and other instrumentalities of interstate commerce.

All in violation of Title 18, United States Code, Sections 2251(a)(1) and (e).

## COUNT TWO

1. Paragraphs 1 through 3 from the preceding introductory paragraph are re-alleged and incorporated as fully set forth herein.

2. From on or about August 1, 2009 through on or about October 31, 2009, in the Eastern District of Tennessee and elsewhere, defendant APRIL NICOLE BELL did knowingly employ, use, persuade, entice, and coerce any minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual

4

depiction using any means and facility of interstate and foreign commerce and the visual depiction was transported using any means and facility of interstate and foreign commerce.

All in violation of Title 18, United States Code Section 2251(a).

## COUNT THREE
(Conspiracy to transport, distribute, and receive child pornography)

1. Paragraphs 1 through 3 from the preceding introductory paragraph are re-alleged and incorporated as fully set forth herein.

*Object of the Conspiracy*

2. From on or about August 1, 2009 to on or about February 7, 2011, in the Eastern District of Tennessee and elsewhere, defendants APRIL NICOLE BELL and PATRICK MULLANE MAXFIELD knowingly and willfully conspired and agreed with each other to (a) knowingly transport; (b) knowingly distribute; and ( c) knowingly receive, visual depictions using any means or facility of interstate commerce or in or affecting interstate commerce by any means, including by computer, and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct, in violation of 18 U.S.C. § 2252(a)(1), (a)(2), and (b)(1).

*Manner and Means of the Conspiracy*

3. From on or about August 1, 2009 through October 31, 2009, defendant APRIL NICOLE BELL photographed a minor engaged in sexually explicit conduct in Mountain City, Tennessee within the Eastern District of Tennessee.

4. APRIL NICOLE BELL downloaded the images of a minor engaged in sexually explicit conduct to her personal computer located at her residence in Mountain City, Tennessee.

5

5. From on or about August 1, 2009 to on or about February 7, 2011, defendant PATRICK MULLANE MAXFIELD operated a personal computer located at his residence in Colorado Springs, Colorado and accessed the internet, a means of interstate commerce. MAXFIELD remotely accessed the images of a minor engaged in sexually explicit conduct stored on the personal computer of APRIL NICOLE BELL, using information that BELL provided to MAXFIELD. MAXFIELD caused the images of a minor engaged in sexually explicit conduct to be transported, shipped, and received to his personal computer in Colorado Springs, Colorado, where he stored them on the hard drive of his personal computer.

*Overt Acts*

6. In furtherance of the conspiracy and to accomplish the objects of the conspiracy, defendants APRIL NICOLE BELL and PATRICK MULLANE MAXFIELD committed various overt acts within the Eastern District of Tennessee and elsewhere, including but not limited to the following:

    a. From on or about August 1, 2009 to on or about October 31, 2009, defendant APRIL NICOLE BELL staged seven photographs of a minor under the age of six, engaged in the lascivious exhibition of the genitals or pubic areas.

    b. From on or about August 1, 2009 to on or about October 31, 2009, defendant APRIL NICOLE BELL made seven digital images of a minor under the age of six engaged in the lascivious exhibition of the genital or pubic areas and downloaded those images to a personal computer located at 394 Butler Road, Apartment B, in Mountain City, Johnson County, Tennessee.

    c. Defendant APRIL NICOLE BELL transmitted the seven digital images of a minor under the age of six engaged in the lascivious exhibition of the genital or pubic areas from a personal

computer located at 394 Butler Road, Apartment B, in Mountain City, Johnson County, Tennessee to defendant PATRICK MULLANE MAXFIELD via the internet to a personal computer located at 1120 Modell Road, Colorado Springs, Colorado.

d. On or about October 23, 2009, at the direction of defendant PATRICK MULLANE MAXFIELD, defendant APRIL NICOLE BELL agreed in writing to transport a minor under the age of six from the Eastern District of Tennessee to Colorado Springs, Colorado for the purpose of engaging the minor in sexually explicit conduct with defendant PATRICK MULLANE MAXFIELD. The minor which was the subject of the written agreement is the same minor who is depicted in the seven images set forth in preceding subparagraph a.

e. On or about April 3, 2010 and February 1, 2011, defendant PATRICK MULLANE MAXFIELD used his personal computer at 1120 Modell Road in Colorado Springs, Colorado and the internet to remotely access the personal computer of APRIL NICOLE BELL located at 394 Butler Road, Apartment B, in Mountain City, Tennessee, and to transport and receive seven images of a minor engaged in sexually explicit conduct.

f. On or about April 3, 2010 and February 1, 2011, defendant PATRICK MULLANE MAXFIELD saved and accessed seven digital images of a minor engaged in sexually explicit conduct to the hard drive of his personal computer located at 1120 Modell Road in Colorado Springs, Colorado.

All in violation of Title 18, United States Code, Sections 2252(a)(1), (a)(2), and (b)(1).

## COUNT FOUR

1. Paragraphs 1 through 3 from the preceding introductory paragraph are re-alleged and incorporated as fully set forth herein.

2. The Grand Jury charges that from on or about August 1, 2009 to on or about February 7, 2011, in the Eastern District of Tennessee and elsewhere, defendant APRIL NICOLE BELL knowingly transported and distributed any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means or facility of interstate commerce or in or affecting interstate commerce by any means, including by computer, and the production of such visual depictions involved the use of a minor engaged in sexually explicit conduct and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Sections 2252A(a)(1) and (a)(2).

## COUNT FIVE

1. Paragraphs 1 through 3 from the preceding introductory paragraph are re-alleged and incorporated as fully set forth herein.

2. The Grand Jury charges that from on or about August 1, 2009 to on or about February 7, 2011, in the Eastern District of Tennessee and elsewhere, defendant PATRICK MULLANE MAXFIELD knowingly received any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means or facility of interstate commerce or in or affecting interstate commerce by any means, including by computer, and the production of such visual depictions involved the use of a minor engaged in sexually explicit conduct and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Sections 2252A(a)(1) and (a)(2).

A TRUE BILL.

**SIGNATURE REDACTED**
FOREPERSON

WILLIAM C. KILLIAN
United States Attorney

*Helen Smith*
HELEN C.T. SMITH
Assistant United States Attorney

9

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

2012 SEP 11  A 11: 45

UNITED STATES OF AMERICA   )
                           )
       v.                  )   2:12-CR-__88__
                           )
APRIL NICOLE BELL          )
PATRICK MULLANE MAXFIELD   )

## SEALING ORDER

Upon motion of the United States of America, and for good cause shown,

IT IS ORDERED that the Indictment, Motion to Seal and Sealing Order filed in the above cited case shall be sealed and maintained in the custody of the Clerk of the Court until the initial appearance of the defendant, with the exception that the United States Attorney's Office shall be provided with a file-stamped copy. Because defendant Bell is presently in the custody of the El

Paso County, Colorado Sheriff's Jail, and because defendant Maxfield currently faces criminal charges in El Paso County, Colorado, the U.S. Attorney's Office may disclose the indictment to law enforcement authorities to safely effectuate the arrest of the defendants. After the initial appearance of the defendant, the Clerk shall unseal the Indictment. The Clerk may also unseal the Indictment for statistical purposes only.

ENTER:

DENNIS H. INMAN
UNITED STATES MAGISTRATE JUDGE